[No. 58103-1-I.   Division One.   April 16, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. HOPE M. ASHWORTH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01796-6, Larry E. McKeeman, J., entered April 18, 2005. *Reversed* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Cox and Dwyer, JJ.

[No. 58307-7-I.   Division One.   April 16, 2007.]

GRANGE INSURANCE ASSOCIATION, *Respondent*, v. JOHN HEGYES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-11274-1, James H. Allendoerfer, J., entered April 21, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Dwyer, J.

[No. 33020-2-II.   Division Two.   April 17, 2007.]

*In the Matter of the Personal Restraint of* CAYCE LEE BROOKS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 33614-6-II.   Division Two.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN L. McGUIRK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01723-6, Jay B. Roof, J., entered July 22, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.